FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 MAR -6 PM 4:02
CLERK D.Taylor
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| EUGENIO DIAZ NOGUES, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-135 |
| v. | * | |
| PATRICK GARTLAND, | * | |
| Respondent. | * | |

### ORDER

Presently before the Court is the Magistrate Judge's January 22, 2018, Report and Recommendation, dkt. no. 11, to which Petitioner Eugenio Diaz Nogues ("Nogues") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES without prejudice** Nogues's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Nogues leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___6___ day of ___March___, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA